UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**RECEIVED**

Curtis Ward

AUG 2 1 2008

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08 C 50 1 83

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

Wexford Health et,al
Warden Nedra Chandler
Warden Curtis O'Neal
Medical Director Mary A. Henry
Medical Doctor Dehiya
Medical Doctor Cologan

Kapala

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

    A.   Name: _____ Curtis Ward _____

    B.   List all aliases: ____ NONE _____

    C.   Prisoner identification number: __ R43104 _____

    D.   Place of present confinement: Dixon Correctional Center

    E.   Address: 2600 N. Brinton Ave Dixon IL. 61021

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A.   Defendant: WexFord Health care Services

        Title: Dixon Health care Provider

        Place of Employment: Health Professionals Ltd. ↓
        9000 N, Lindbergh Dr. Peoria IL. 61615

    B.   Defendant: Warden Nedra Chandler

        Title: The Warden For Dixon Correction Center.

        Place of Employment: 2600 N. Brinton Ave. IL. 61021

    C.   Defendant: Warden Curtis O'Neal

        Title: Assistant Warden For Dixon Correction Center

        Place of Employment: 2600 N Brinton Ave IL. 61021

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

I.    **Plaintiff(s):**

    A.    Name: __Curtis Ward__

    B.    List all aliases: __NONE__

    C.    Prisoner identification number: __R43104__

    D.    Place of present confinement: __Dixon Correctional Center__

    E.    Address: __2600 N. Brinton Ave Dixon IL, 61021__

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: __Mary A. Henry__

        Title: __Medical Director For Dixon Corr. Center__

        Place of Employment: __2600 N. Brinton Ave. Dixon IL 61021__

    B.    Defendant: __Doctor Dehiya__

        Title: __Medical Doctor For Dixon HealthCare__

        Place of Employment: __2600 N. Brinton Dixon IL. 61021__

    C.    Defendant: __Doctor Colgan__

        Title: __Medical Doctor For Dixon Health Care__

        Place of Employment: __2600 N. Brinton Ave, Dixon IL 61021__

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III.    **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (✓)  NO (  )   If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (✓)  NO (  )

C.    If your answer is YES:

1.    What steps did you take?

I've Sent number's of Requests to the Health Care Unit Seeking Assistance and to Speak With the Physician I Filled Out Grievance Request.

2.    What was the result?

NoNE My Grievance ALWays get Dismissed by Mr. Chris barnhart and It Scene ALways to get back to me Late

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

So I Mail My Grievance to the Grievance oFFices in SpringField My Grievance always Scene to be Untimeliy

D.    If your answer is NO, explain why not:

_____

_____

_____

3

E.    Is the grievance procedure now completed?  YES (✓)  NO ( )

F.    If there is no grievance procedure in the institution, did you complain to authorities?  YES (✓)  NO ( )

G.    If your answer is **YES**:

1.    What steps did you take?

Ive talk to the Warden's Ms. Chandler And Curtis O'Neal I also talk to The Medical Diretor Ms. Mary A. Henry

2.    What was the result?

I got No respond or it Was Disregard Neglected Altogher

H.    If your answer is **NO**, explain why not:

IV.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.    Name of case and docket number: 06-189-JTF

B.    Approximate date of filing lawsuit: March 2, 2006

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
Curtis Ward

D.    List all defendants: Wexford Health Care
Dr Siddiqui, Dr Santa, Lisa Krebs
Christine Krachtrn, Marsha Swift,
Billie Joe Bryen

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Clerk u.s. District Court
Southern Dist of Illinois East St.Louis offices

F.    Name of judge to whom case was assigned:
Judge William D. Stieht

G.    Basic claim made: Deliberate indifference
To get Medical treament
inadequately Medical Care

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): The Case is still pending

I.    Approximate date of disposition: May 27, 2008

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

## V. Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

To Whom It May Concern:

Since I have been an Inmate at the Dixon Correctional Center, I have not been receiving proper Medical Care. Dr. Dehiya and Dr. Colgan have been my assigned physicians.

I explained my Medical history to them and provided documentation of my Medical records, those documents demonstrate that examination was ordered by a Neurologist, Dr. Jane E. Kiriazes along with Dr. Scott Kurtovich. Those physicians are still awaiting the results of my MRI exam, which I have not yet received after more than a three year delay. That examination was ordered after I sustained an injury falling down steps at Cook County Jail due to a wet floor. In that fall I fractured my left hip and lower back. Although I was transfer from Centralia to Dixon by the Medical Director in Springfield.

For medical purposes, because they didn't have adequate physicians or treatment for my hip and back. I still have not yet received after

V.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe precisely how each defendant is involved.  Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

more than three years of complaining of the pain in my hip and back, to atleast be given an MRI to really understand the problem of my condition. An x-ray does nothing to show the problem of the workings of the nerves and tenates or muscles. Both doctors has refused to schedule me for an MRI. Although I was prescribed Naprison and Robaxin for pain and muscle spasms. These medications are not working for me. I'm still in mental as well as physical pain. Truly something is always better than nothing, yet they have stop giving me Robaxin and has taken away my lower bunk permit which was on file since being at the County Jail well over 6yrs. My condition has a long paper trail and not just been made up to receive special treatment. I'm asking for your help on these matters immediately as soon as possible. I've talked to both Wardens, Warden Nedra Chandler and Asst. Warden Curtis O'Neal. I have actually given



V.   **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe precisely how each defendant is involved.  Include also the names of other persons involved, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Medical documents to Warden O'Neal to discuss this matter with the Medical Director (Mary A. Henry).

For the last two months both Wardens has avoided my complaints to discuss these matters with the Medical staff.  Each time I have spoken to Warden O'Neal, he told me that those Medical documents are still on his desk and that he forgot to give them to the Medical Director (Mary A. Henry).

This shows me a great deal on the inadequate medical care here at Dixon.  I understand the Constitutional Rights of Prisoners and Medical treatment and this constitute Cruel and Unusual Punishment.

And violates my Constitutional Rights.  On this day July 16, 2008 as I was waiting to speak with Dr. Neosson the Psychiatrist for treatment of P.T.S.D.

Meantime Asst. Warden O'Neal came through the waiting area.  I spoke to him concerning my medical issues and once again he showed no concerns



talking about my health, and for the 10th time I asked him to return my medical documents that I paid for which he has been allowing to sit on his desk for the last 2 months. I also written a letter to Dr. Elea, the Medical Director of IDOC, concerning my medical issues. To ask her to intervene with Ms. Henry the Medical Director here at Dixon. This happen in Mar/08

I've yet to receive an reply. I also written Deputy Director Barbara A. Hurt, asking her to have a word with Ms. Henry concerning this matter.

I spoke with Warden Chandler and told her about my medical problems I'm having here and she said, she will not help or speak with none of those physicians about my medical problems. I then told her I'm going to have my family to call Springfield and Dixon C.C. to complain about my conditions, and other serious problems, I'm having with you and other people. She took that in a threatening way and told me, that I'll be doing SEG time and will be transfer out of Dixon Correctional Center.

Which the Springfield Administrator permitted me to be here for Medical purposes. I'm

7

still not receiving any help. On July 30, I had a call pass to see Dr. RaJender S. Dahiya about issues concerning back and hip pains and my medication and a MRI. He said to me, "He's not concern about the problems or issues that I brought to him before, or now." "I'm not going to give you an MRI or renew your Robaxin medication or give you any other pain medication, nor will I renew your lower-bunk permit." I ask him, why he never examine my back or hip? Why does he only give me Naprison which does not help? He said to me, "If I don't like the way he's treating me, I can write to his Supervisor, the Medical Director (Dr. Mesrobian).
     So I left his office without getting anything renewed, including my vitamins. And as much as a aspirin. He also said to me before I left "Mr. Ward you're wasting my time. I believe him to be insensitive, heartless and uncaring to me and all the rest of his patient. needs.

VI.    Relief:

7

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

- Yes, I would kindly like my Medical needs taken care of, an MRI and my medication, and ofcourse my lower bunk permit. And for the Cruel and ~~the~~ Unusual Punishment of my pain and suffering I would like to be financially compensated.  For Medical negligence

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __8__ day of __6__ , 20__08__

Curtis Ward
(Signature of plaintiff or plaintiffs)

Curtis Ward
(Print name)

R43104
(I.D. Number)

Dixon Correctional Center
2600 N. Brinton Avenue
Dixon IL. 61021
(Address)

8

Part By Control #: 2004 PX U658

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: __Ward__   First Name: __Curtiss__   ID#: __2002 - 0047053__

Is This Grievance An __Emergency__?   YES ☐   NO ☒

C.R.W.'S Summary Of The Complaint: __lack of medical attention__

C.R.W. Referred Griev. To: __Cermak Health Services__   Date Referred: ____/____/____

Response Statement: __Referred to the division physician for__ __review and appropriate action. MRI are scheduled by J. Stroger Hospital. There is a huge Backlog for MRI testing__

__Frank Blazes__ - __[signature]__   Date: __6/17/0?__   Div./Dept. __CM__
(print- name of individual responding to this griev.)   (signature of individual responding to this griev.)

_____ - _____   Date: ___/___/___   Div./Dept. _____
(print - name of Supt. / Designee / Dept. Admin.)   (signature of Supt. / Designee / Dept. Admin.)

_____ - _____   Date: ___/___/___
(print - name of Prog. Serv. Admin./ Asst. Admin.)   (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: ____/____/____ Detainee Signature: _____

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

*Date Detainee Request For An Appeal:* ____/____/____

*Detainee's Basis For An Appeal:* _____

_____

_____

*Appeal Board's Acceptance Of Detainee's Request:*   YES ☐   NO ☐

*Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:*

_____

_____

*Appeal Board's Signatures / Dates:*

_____   _____   _____

Date Detainee Rec'd the Appl. Bd.'s Response: ____/____/____ Detainee Signature: _____

GRIEVANCE CODE(S): (_____) (_____) (_____) (_____)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

CC4

Exhibit

DIXON CORRECTIONAL CENTER
MEDICATION, TREATMENT, AND INFORMATION SHEET
HEALTH CARE UNIT

_____INMATE COPY _____CONTROL ROOM COPY _____DISPENSARY COPY          DATE: _11-19-07_

INMATE __Ward, Curtis_____ # __R43104_____
name                                    number

_____REPORT TO DISPENSARY FOR _____MEDICATION_____TREATMENT_____BLOOD WORK_____INFORMATION

AT_____UNTIL_____.
time or times                      date - time

_____MAY COME AS NEEDED FOR MEDICATION OR TREATMENT_____/ _____
time or frequency      stop date

_____MAY HAVE_____IN CONTROL ROOM TO BE USED_____/ _____
time or frequency   stop

_____MAY HAVE_____IN HIS PERSONAL PROPERTY TO BE USED_____/ ____
frequency   stop

_____MAY HAVE _____LIGHT DUTY _____LAY IN _____ OR UNTIL _____.
# of days              date

_____OTHER   LOW BUNK X 6 MOS.

P.A., C. Colgon /24 RN

DCA 21527
IL 426-4738

Exhibit



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

Centralia Correctional Center / 9330 Shattuc Rd. / P.O. Box 1266 / Centralia, IL 62801 / Telephone: (618) 533-4111 / TDD: (800) 526-0844

## M E M O R A N D U M

DATE:     April 6, 2006

TO:       R43104 Curtis Ward
          S1-D11

FROM:     Lisa Krebs, RN
          Health Care Unit Administrator

SUBJECT:  HPL ADDRESS

Per your request dated 04-05-06, the address for HPL is:

    Health Professionals Ltd.
    9000 N. Lindbergh Dr.
    Peoria, IL 61615

Lisa Krebs, RN
Health Care Unit Administrator

LK:dz

Cc: file



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

Centralia Correctional Center / 9330 Shattuc Rd. / P.O. Box 1266 / Centralia, IL  62801 / Telephone: (618) 533-4111 / TDD: (800) 526-0844

## MEMORANDUM

DATE:        June 29, 2005

TO:          Housing Unit North 3

FROM:        Ann E. Casey
             Assistant Warden - Programs

SUBJECT:     LOWER BUNK ASSIGNMENT
             R43104 Curtis Ward

Per order of the Medical Director, Offender Ward, R43104, due to his present medical condition, has been authorized to be placed on a lower bunk, for a period of (3) months:

Effective 06-29-2005  /  Expiration 09-29-2005

**Please forward this memorandum of authorization to the next Housing Unit when the inmate is relocated within this institution.**

**Inmate is to maintain a copy of this memorandum of authorization.**

Ann E. Casey
Assistant Warden - Programs
Centralia Correctional Center

AEC:dz

Cc:  Medical Record
     Offender
     Placement Office
     File



**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

Centralia Correctional Center / 9330 Shattuc Rd. / P.O. Box 1266 / Centralia, IL  62801 / Telephone: (618) 533-4111 / TDD: (800) 526-0844

## M E M O R A N D U M

DATE:      August 26, 2005

TO:          Housing Unit North 1

FROM:     Ann E. Casey
              Assistant Warden - Programs

SUBJECT:   LOWER BUNK ASSIGNMENT
               R43104 Curtis Ward

Per order of the Medical Director, Offender Ward, R43104, due to his present medical condition, has been authorized to be placed on a lower bunk, for a period of (3) months:

Effective 08-25-2005  /  Expiration 11-25-2005

**Please forward this memorandum of authorization to the next Housing Unit when the inmate is relocated within this institution.**

**Inmate is to maintain a copy of this memorandum of authorization.**

*Ann E. Casey*
Ann E. Casey
Assistant Warden - Programs
Centralia Correctional Center

AEC:dz

Cc: Medical Record
     Offender
     Placement Office
     File

# ONE GALLERY ONLY
## Inmate Copy

**NAME:** _Ward, Curtiss_

**NUMBER:** _R-43104_

**DR. SIGNATURE:** _James Corcoran MD_

**DATE:** _4-19-05_

## SPECIAL NEEDS FOR R & C

Inmate's Name _Ward, Curtis_    Number _R43104_    Cellhouse _JE_

REASON:

1. Low Bunk/Low Gallery
2. Can Have Cane or Crutches
3. Other: _____

Date: _4/20/05_  X 30 DAYS    Provider: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

07-04-130

| Date: 4-9-07 | Offender: (Please Print) Curtis Ward | ID#: R43104 |

Present Facility: Dixon CC

Facility where grievance issue occurred: Dixon CC

(Exhibit)

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☒ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☐ Other (specify): 27/5L

☐ Disciplinary Report: _____
Date of Report _____    Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

**Brief Summary of Grievance:** I have seen Doctors Ngu and Dehiya several
times because I am having:
   - Shortness of breath
   - Sharp, shooting pains in the area of my heart.
Both doctors applied a stethoscope and stated that I have heartburn
and indigestion. Since then I have been taking antacids to no
avail. I am concerned that I may be at risk for a heart attack,
and the condition of my heart is questionable, because the medical
staff informs me that the EKG here has been broken for some
time now. I transferred to Dixon in the hope that I could

**Relief Requested:** Please stop the procrastination!  I would like a  1) Chest X-Ray
2) MRI  3) proper medication

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Curtis Ward                R43104    4, 9, 07
Offender's Signature            ID#        Date
(Continue on reverse side if necessary)

| | Counselor's Response (if applicable) | |

Date Received: ___/___/___    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name        Counselor's Signature        Date of Response

| | EMERGENCY REVIEW | |

Date Received: 4, 12, 07    Is this determined to be of an emergency nature?
☒ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated.
   Offender should submit this grievance
   in the normal manner.

hele (?)    4/12/07
Chief Administrative Officer's Signature        Date

Distribution: Master File; Offender        Page 1        DOC 0046 (Rev. 3/2005)

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

recieve better medical treatment than was available to me at Centralia C.C. Unfortunately, this has not been the case.

As well as my heart troubles, I have been scheduled for an MRI since 2004, and I have supporting paperwork. Needless to say, I haven't recieved one.

I have written Miss Sheridan about these issues and asked her to intervene, as well as asking my family to call Springfield to inform them about the lack of medical care here. I have also asked them to contact Warden Chandler on my behalf. Hopefully this can all be resolved here before I have to resort to a civil lawsuit.

I'm over 50 years old, and very concerned about my health. I am also a war veteran of the US Armed forces. Is this how you treat veterans?

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

07-05-80

| Date: 4-21-07 | Offender: (Please Print) Curtis Ward | ID#: RL43104 |

Present Facility: Dixon -C-C    Facility where grievance issue occurred: Dixon

(Exhibit)

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): 27/5L

- [ ] Disciplinary Report: ____/____/____
  Date of Report                    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** I have seen Doctors Ngu and Dehiya several times because I am having:

— Shortness of breath

— Sharp, shooting pains in the area of my heart

Both doctors applied a stethoscope and stated that I have heartburn and indegestion. Since then I have been taking antacids to no avail. I am concerned that I may be at risk for a heart attack, and the condition of my heart is questionable, because the medical staff informs me that the EKG here has been broken for some time now. I transferred to Dixon in the hope that I could recieve better medical treatment

**Relief Requested:** Please stop the procrastination! I would like 1) Chest X-RAY 2) MRI, 3) proper medication

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Curtis Ward                    R43104    4, 21, 07
Offender's Signature          ID#        Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name          Counselor's Signature          Date of Response

---

**EMERGENCY REVIEW**

Date Received: 4, 23, 07    Is this determined to be of an emergency nature?
[x] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____    4/23/0____
Chief Administrative Officer's Signature          Date

Distribution: Master File; Offender          Page 1          DOC 0046 (Rev. 3/2005)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

than was available to me at Centralia CC. Unfortunately, this has NOT been the case.

As well as heart troubles, I have been scheduled for an MRI since 2004, and I have supporting paperwork. Needless to say, I haven't received one.

I have written to Mrs. Sheridan about these issues and asked her to intervene, as well as asking my family to call Springfield to inform them about the lack of medical care here. I have also asked them to contact warden Chandler on my behalf. Hopefully this can all be resolved here before I have to resort to a civil lawsuit.

I'm over 50 years old, and very concerned about my health. I am also a veteran of the US armed forces. Is this how you treat veterans?

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

Date Received: April 24, 2007          Date of Review: April 25, 2007          Grievance # (optional): 07-04-130

Offender: Ward, Curtis                                                                ID#: R43104

Nature of Grievance: HCU, treatment

**Facts Reviewed:** This Grievance Officer notes Inmate Ward's concern with the medical treatment he has been receiving for shortness of breath and sharp, shooting pains in the area of his heart. He states that he has been seen by Dr. Ngu and Dr. Dahiya on different occasions and they are treating him for heartburn and indigestion. He believes that he has a more serious condition with his heart and would like an MRI, a chest x-ray, and proper medications.

According to the Health Care Administrator, Inmate Ward has been placed on the Dr.'s line for 4-27-07. It was noted that Inmate Ward was seen by Dr. Dahiya on 1-9-07 and treated for an upper respiratory infection/allergies and recommended that he apply heat and ice for joint complaints. On 2-8-07 he was seen at sick call for chest pains which was later noted as actually hip pain. On 2-14-07 he was seen by Dr. Dahiya for anxiety and hip pain. On 3-8-07 he was seen at sick call for abnormal heart beat or stabbing pain due to anxiety. On 4-12-07 he was seen at sick call and requested an EKG and chest x-ray. As noted, he is on Dr.'s line for 4-27-07 to discuss his condition.

Per Medical Staff, all recommended treatment must be ordered by the Facility's Medical Practitioner as deemed appropriate. A copy of this grievance will be forwarded to the Medical Director for his review and consideration.

CC: HCU Administration

**Recommendation:** Based upon a total review of all available information, this Grievance Officer is reasonably satisfied that Inmate Ward's medical issue is being addressed and recommends no further action at this time.

_____          _____
Chris Barnhart, CCII                              CR Bhd, CCII
Print Grievance Officer's Name                Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 4/29/0?          ☒ I concur          ☐ I do not concur          ☐ Remand

Comments:

_____                                    4/29/0?
Chief Administrative Officer's Signature                        Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_____          _____          _____
Offender's Signature                              ID#                                    Date

Printed on Recycled Paper

Exhibit C Case 3:08-cv-50183 Document 1 Filed 08/21/2008 Page 24 of 28

ILLINOIS DEPARTMENT OF CORRECTIONS

## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report |
|---|

Date Received: <u>May 21, 2007</u>        Date of Review: <u>May 21, 2007</u>        Grievance # (optional): <u>07-05-80</u>

Offender: <u>Ward, Curtis</u>        ID#: <u>R43104</u>

Nature of Grievance: HCU, treatment

**Facts Reviewed:** This Grievance Officer notes Inmate Ward's concern with the medical treatment he has been receiving for shortness of breath and sharp, shooting pains in the area of his heart. He states that he has been seen by Dr. Ngu and Dr. Dahiya on different occasions and they are treating him for heartburn and indigestion. He believes that he has a more serious condition with his heart and would like an MRI, a chest x-ray, and proper medications.

According to the Health Care Administrator, Inmate Ward has been placed on the Dr.'s line for 4-27-07. It was noted that Inmate Ward was seen by Dr. Dahiya on 1-9-07 and treated for an upper respiratory infection/allergies and recommended that he apply heat and ice for joint complaints. On 2-8-07 he was seen at sick call for chest pains which was later noted as actually hip pain. On 2-14-07 he was seen by Dr. Dahiya for anxiety and hip pain. On 3-8-07 he was seen at sick call for abnormal heart beat or stabbing pain due to anxiety. On 4-12-07 he was seen at sick call and requested an EKG and chest x-ray. Inmate Ward was seen on 4-24-07, 5-9-07, and 5-17-07 by Dr. Dahiya for similar complaints regarding chest pain and shortness of breath. Inmate Ward is currently on medications and chest x-rays have been ordered.

Per Medical Staff, all recommended treatment must be ordered by the Facility's Medical Practitioner as deemed appropriate. A copy of this grievance will be forwarded to the Medical Director for his review and consideration.

CC: HCU Administration

**Recommendation:** Based upon a total review of all available information, this Grievance Officer is reasonably satisfied that Inmate Ward's medical issue is being addressed and recommends no further action at this time.

| | |
|---|---|
| Chris Barnhart, CCII | _Ca BLt, CCII_ |
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: <u>5/23/0</u>        ☑ I concur        ☐ I do not concur        ☐ Remand

Comments:

_[signature]_    5/23/0

| | |
|---|---|
| Chief Administrative Officer's Signature | Date |

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

| | | |
|---|---|---|
| Offender's Signature | ID# | Date |

Exibit 7

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: _WARD_ _Curtis_ MI _R43104_
Last Name          First Name          ID#

Facility: _Dixon_

☒ Grievance (Local Grievance # (if applicable): _5-21-08_, or ☐ Correspondence

Received: _6,30,08_    Regarding: _5-21-08 lower bunk permit;_
Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.   # 08-05-135

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable.

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL   62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee.  If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:  Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL   62706

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____/____/_____.
Date

☐ No justification provided for additional consideration.

Other (specify): _You are required to also provide the above_

Completed by: _____   _Sherry Benton_   _7,7,08_
Print Name          Signature          Date

Distribution:  Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1274)

Exibit 7

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## OFFENDER'S GRIEVANCE

08-05-135

| Date: May 21 2008 | Offender: (Please Print) Curtis Ward | ID#: #R43104 |
|---|---|---|

| Present Facility: Dixon Correctional Center | Facility where grievance issue occurred: Dixon Correctional Center |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify):  29/CC

- [ ] Disciplinary Report: ____/____/____
  Date of Report _____  Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On and about May 21, I had a call pass to the healthcare at 8:00 o'clock to see Dr. Dehiya. I was called to see him about a lower bunk permit which has expired May 20. And also talked to him about pain medication in having a new perscription. But he refused to renew my permit and I spoke to him about the pain in my back and hip. I also explained further that I reinjured my back and hip while cleaning the ceiling in my cell. I was granted the pain medication for my back and hip. Yet he didnt renew my permit. He also ordered an x-ray. So my grievance

**Relief Requested:** That only you will please do all possible to help me in renewing my lower bunk permit. Thankyou Oh and instead of x-ray can I get an MRI

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Curtis Ward | #R43104 | 05/21/08 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

| Date Received: 6/1/08 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

**Response:** Pd. Colgan states if you are continuing to have pain - sign up for sick call. Your low bunk permit was for _____ & Dr. Dehiya felt it was no longer _____

| Cheryl Clavitt c/w | Cheryl Clavitt c/w# | 6/19/08 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

### EMERGENCY REVIEW

| Date Received: 5/27/08 | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

RECEIVED
JUN 30 2008
OFFICE OF INMATE ISSUES

| _____ | 5/27/08 |
|---|---|
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender

Page 1

DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

is this: The Doctor was very helpful in giving pain medication for my back and hip. And very considerate in ordering an x-ray to see if I have any further damage to my back and hip. But it is very very vital I have my lower-bunk permit, because it's truly painful trying to climb up on a bunk... And also I've had numerous x-rays since 2002 and previously fell down the steps at the Cook County Jail. The Doctors there had giving me xrays after xrays but it doesn't determine exactly what is going with my hips and lower back. One Doctor actually told me that he might have seen a chip in my lower back and hips. I was ordered an MRI but never received one from the County Jail. So after convicted I persuaded an MRI, after I got to Centralia C.C.

The doctors down there also refused to give me an MRI and right now that case is pending in the federal courts. My federal Judge explained to them that even though I'm in a State Prison there is many more hospitals that can grant me an MRI, also by being a Veteran from the Armed Forces I was honurably discharged. Meaning I can go to a V.A. hospital for free to get this MRI.

I truly do not want to pursue a lawsuit but if I cannot get my medical issues taking care of, I will pursue this in federal Court. Respectfully

I also had the bottom-bunk permit for the last 6 yrs.                    Curtis Whal



UNITED STATES POSTAGE

PITNEY BOWES

$ 05.20⁰

02 1M
0004254712     AUG 20 2008
MAILED FROM ZIP CODE 61021

This Correspondence Is From
An Inmate Of The Illinois
Dept Of Corrections