**FILED**

7/18/02

UNITED STATES DISTRICT COURT FOR THE AUG 2 1 2008
NORTHERN DISTRICT OF ILLINOIS

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Curtis WArd
~~Plaintiff~~
~~Wexford Health Care Services~~
~~WARDEN Nedra Chandler~~
~~Medical Director Mary A. Henry~~
~~Assitant Warden Curtis O'Neal~~
Defendant(s)
Medical Doctor Dehiya
Medical Doctor Colgan

CASE NUMBER    08 C 50 1 83

JUDGE    Kapala

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Curtis WArd, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    ☒Yes    ☐No    (If "No," go to Question 2)
    I.D. # R43104    Name of prison or jail: Dixon Corr. Center
    Do you receive any payment from the institution? ☒Yes ☐No    Monthly amount $19.40

2.  Are you currently employed?    ☐Yes    ☒No
    Monthly salary or wages: NONE
    Name and address of employer: NONE

    a.  If the answer is "No":
        Date of last employment: NONE
        Monthly salary or wages: _____
        Name and address of last employer: _____

    b.  Are you married?    ☐Yes    ☒No
        Spouse's monthly salary or wages: NONE
        Name and address of employer: _____

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.  Salary or wages    ☐Yes    ☒No
    Amount NONE    Received by _____

b.  ☐ Business, ☐ profession or ☐ other self-employment        ☐ Yes        ☑ No
Amount  NONE            Received by _____

c.  ☐ Rent payments, ☐ interest or ☐ dividends        ☐ Yes        ☑ No
Amount  NONE            Received by _____

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support        ☐ Yes        ☑ No
Amount  NONE            Received by _____

e.  ☐ Gifts or ☐ inheritances        ☐ Yes        ☑ No
Amount  NONE            Received by _____

f.  ☐ Any other sources (state source: _____)        ☐ Yes        ☑ No
Amount  NONE            Received by _____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?   ☐ Yes   ☑ No   Total amount: NONE
In whose name held: NONE          Relationship to you: _____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?        ☐ Yes        ☑ No
Property: _____          Current Value: _____
In whose name held: _____          Relationship to you: _____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?        ☐ Yes        ☑ No
Address of property: NONE
Type of property: NONE          Current value: _____
In whose name held: _____          Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?        ☐ Yes        ☑ No
Property: _____
Current value: NONE
In whose name held: _____          Relationship to you: _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☑ No dependents

NONE

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _____

_Curtis Ward_
Signature of Applicant

_Curtis Ward_
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, **Curtis Ward**, I.D.# **R43104**, has the sum of $ **-4.56** on account to his/her credit at (name of institution) **Dixon Correctional Center**. I further certify that the applicant has the following securities to his/her credit: **unknown**. I further certify that during the past six months the applicant's average monthly deposit was $ **see attached**. (<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

**7/15/08**
DATE

_Nedra Chandler (SM)_
SIGNATURE OF AUTHORIZED OFFICER

**Nedra Chandler**
(Print name)

rev. 7/18/02

# Dixon Correctional Center
# Trust Fund
## Inmate Transaction Statement

REPORT CRITERIA - Date: 01/15/2008 thru End;   Inmate: R43104;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: R43104 Ward, Curtis**     **Housing Unit: DIX-NE-29-61**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.82 |
| 01/16/08 | Payroll | 20 Payroll Adjustment | 016115 | | P/R month of 12/2007 | 10.00 | 10.82 |
| 01/17/08 | Disbursements | 84 Library | 017315 | Chk #78023 | 84821647, DOC: 523 Fund Librar, Inv. Date: 01/11/2008 | -3.20 | 7.62 |
| 01/17/08 | Disbursements | 81 Legal Postage | 017315 | Chk #78024 | 81818384, DOC: 523 Fund Inmate, Inv. Date: 12/17/2007 | -.41 | 7.21 |
| 01/17/08 | Disbursements | 80 Postage | 017315 | Chk #78024 | 80821519, DOC: 523 Fund Inmate, Inv. Date: 01/09/2008 | -.41 | 6.80 |
| 01/18/08 | Mail Room | 01 MO/Checks (Not Held) | 018230 | R101106516445 | Ward Sr., Charles B. | 25.00 | 31.80 |
| 01/24/08 | Point of Sale | 60 Commissary | 024747 | 560546 | Commissary | -31.00 | .80 |
| 02/14/08 | Mail Room | 01 MO/Checks (Not Held) | 045215 | 10594 | CIBF-Holiday Winner | 3.00 | 3.80 |
| 02/14/08 | Payroll | 20 Payroll Adjustment | 045115 | | P/R month of 01/2008 | 10.00 | 13.80 |
| 02/15/08 | Disbursements | 81 Legal Postage | 046315 | Chk #78546 | 81822732, DOC: 523 Fund Reimbu, Inv. Date: 01/23/2008 | -.41 | 13.39 |
| 02/22/08 | Point of Sale | 60 Commissary | 053747 | 564041 | Commissary | -13.34 | .05 |
| 03/14/08 | Payroll | 20 Payroll Adjustment | 074115 | | P/R month of 02/2008 | 9.86 | 9.91 |
| 03/17/08 | Point of Sale | 60 Commissary | 077732 | 566040 | Commissary | -9.37 | .54 |
| 04/16/08 | Payroll | 20 Payroll Adjustment | 107115 | | P/R month of 03/2008 | 10.00 | 10.54 |
| 04/16/08 | Disbursements | 90 Medical Co-Pay | 107315 | Chk #79584 | 90829538, DOC: 523 Fund Inmate, Inv. Date: 03/21/2008 | -2.00 | 8.54 |
| 04/16/08 | Disbursements | 81 Legal Postage | 107315 | Chk #79584 | 81831220, DOC: 523 Fund Inmate, Inv. Date: 04/10/2008 | -.97 | 7.57 |
| 04/16/08 | Disbursements | 84 Library | 107315 | Chk #79585 | 84830615, DOC: 523 Fund Librar, Inv. Date: 04/03/2008 | -.40 | 7.17 |
| 04/21/08 | Point of Sale | 60 Commissary | 112747 | 569384 | Commissary | -6.82 | .35 |
| 05/09/08 | Mail Room | 01 MO/Checks (Not Held) | 130228 | 088224799227 | Ward, C. | 50.00 | 50.35 |
| 05/15/08 | Payroll | 20 Payroll Adjustment | 136115 | | P/R month of 04/2008 | 10.00 | 60.35 |
| 05/16/08 | Mail Room | 01 MO/Checks (Not Held) | 137250 | P482679 | Calhoun, Wanda | 50.00 | 110.35 |
| 05/16/08 | Disbursements | 84 Library | 137315 | Chk #80091 | 84832015, DOC: 523 Fund Librar, Inv. Date: 04/17/2008 | -.10 | 110.25 |
| 05/16/08 | Disbursements | 80 Postage | 137315 | Chk #80092 | 80835104, DOC: 523 Fund Inmate, Inv. Date: 05/12/2008 | -.42 | 109.83 |
| 05/16/08 | Disbursements | 81 Legal Postage | 137315 | Chk #80092 | 81832813, DOC: 523 Fund Inmate, Inv. Date: 04/25/2008 | -1.14 | 108.69 |
| 05/16/08 | AP Correction | 81 Legal Postage | 137515 | Chk #80092 Voided | 81832813 - DOC: 523 Fund Inmat | 1.14 | 109.83 |
| 05/16/08 | AP Correction | 80 Postage | 137515 | Chk #80092 Voided | 80835104 - DOC: 523 Fund Inmat | .42 | 110.25 |
| 05/16/08 | Disbursements | 81 Legal Postage | 137315 | Chk #80093 | 81832813, DOC: 523 Fund Inmate, Inv. Date: 04/25/2008 | -1.14 | 109.11 |
| 05/16/08 | Disbursements | 80 Postage | 137315 | Chk #80093 | 80835104, DOC: 523 Fund Inmate, Inv. Date: 05/12/2008 | -.42 | 108.69 |
| 05/20/08 | Point of Sale | 60 Commissary | 141726 | 572655 | Commissary | -101.82 | 6.87 |
| 06/13/08 | Payroll | 20 Payroll Adjustment | 165115 | | P/R month of 05/2008 | 10.00 | 16.87 |
| 06/16/08 | Mail Room | 01 MO/Checks (Not Held) | 168250 | R101623270441 | Ward Sr., C. | 25.00 | 41.87 |
| 06/16/08 | Disbursements | 84 Library | 168315 | Chk #80527 | 84836548, DOC: 523 Fund Librar, Inv. Date: 05/27/2008 | -2.90 | 38.97 |
| 06/16/08 | Disbursements | 80 Postage | 168315 | Chk #80572 | 80836198, DOC: 523 Fund Inmate, Inv. Date: 05/22/2008 | -.42 | 38.55 |
| 06/16/08 | Disbursements | 84 Library | 168315 | Chk #80572 | 84836118, DOC: 523 Fund Inmate, Inv. Date: 05/22/2008 | -1.00 | 37.55 |
| 06/16/08 | Disbursements | 81 Legal Postage | 168315 | Chk #80572 | 81836249, DOC: 523 Fund Inmate, Inv. Date: 05/23/2008 | -2.53 | 35.02 |
| 06/18/08 | Point of Sale | 60 Commissary | 170732 | 576065 | Commissary | -33.17 | 1.85 |

e: 7/15/2008
e: 6:38am
ist_inmate_trans_statement_composite

Case 3:08-cv-50183   Document 3   Filed 08/21/2008   Page 5 of 5

Dixon Correctional Center
Trust Fund
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 01/15/2008 thru End;    Inmate: R43104;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: R43104 Ward, Curtis**            **Housing Unit: DIX-NE-29-61**

|  |  |
|---|---:|
| Total Inmate Funds: | 1.85 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 6.41 |
| Funds Available: | -4.56 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 06/23/2008 | 80839136 | Disb | Postage 6/23/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.42 |
| 06/25/2008 | 80839479 | Disb | Postage 6/25/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.03 |
| 07/08/2008 | 81900518 | Disb | Legal Postage 7/8/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.76 |
| 07/08/2008 | 81900520 | Disb | Legal Postage 7/8/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $5.20 |
|  |  |  |  | **Total Restrictions:** | **$6.41** |